

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00343-CV

| | | |
|---|---|---|
| CAROLINE MICHELLE ANTOUN, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (21-5535-367) |
| V. | § | July 13, 2023 |
| | § | Opinion by Justice Wallach |
| GABY ELIAS ANTOUN, Appellee | § | Concurring Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Caroline Michelle Antoun shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
        Justice Mike Wallach